AUSA: Getzel Berger

## 24 Mag. 1732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY MICHAEL SOUZA,

Defendant.

**COMPLAINT**

Violations of 18 U.S.C. § 2252A

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

JEREMY GALE, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

## COUNT ONE
### (Receipt and Distribution of Child Pornography)

1.      From at least on or about April 1, 2024 through at least on or about April 25, 2024, in the Southern District of New York and elsewhere, ANTHONY MICHAEL SOUZA, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SOUZA distributed files containing sexually explicit images of minors from/on a computer in New York, New York via the Telegram messaging application.



(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO
### (Possession of Child Pornography)

2.      From at least on or about April 1, 2024 through at least on or about May 1, 2024, in the Southern District of New York and elsewhere, ANTHONY MICHAEL SOUZA, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SOUZA possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, in his residence in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

## The Offense Conduct

3.    Based on my involvement in the investigation, including conversations with other law enforcement officers and review of documents and communications, I have learned the following:

a.    In or around April 2024, the FBI seized and searched a cellphone ("Phone-1") belonging to an individual ("Target Telegram User-1") pursuant to a judicially authorized search warrant.

b.    A review of Phone-1 revealed communications between Target Telegram User-1 and a Telegram user with the display name "P Harlem," including communications on or about April 1, 2024, in which Target Telegram User-1 sent "P Harlem" multiple videos containing child pornography depicting children as young as six years old. As explained below, I believe that that the "P Harlem" Telegram account was operated by ANTHONY MICHAEL SOUZA, the defendant, and accordingly refer to the "P Harlem" Telegram account as the "Souza Telegram Account."

c.    As part of the investigation, Target Telegram User-1 agreed to allow an FBI Online Covert Employee ("FBI Covert Employee-1") to use Target Telegram User-1's Telegram account ("Telegram Account-1").

d.    On or about April 23, 2024, FBI Covert Employee-1, who was operating Telegram Account-1 as if he were Target Telegram User-1, initiated a conversation with the Souza Telegram Account.

e.    On or about April 23 and 25, 2024, the user of the Souza Telegram Account sent FBI Covert Employee-1 multiple videos containing child pornography, depicting children as young as six years old.

## Identification of ANTHONY MICHAEL SOUZA

4.    On or about April 29, 2024, the Honorable Barbara Moses, United States Magistrate Judge, Southern District of New York, issued a warrant to search the Manhattan apartment of ANTHONY MICHAEL SOUZA, the defendant (the "Souza Apartment").

5.    On or about May 1, 2024, I participated in a search of the Souza Apartment pursuant to the above-mentioned search warrant. During the execution of the search warrant, ANTHONY MICHAEL SOUZA, the defendant, voluntarily agreed to be interviewed by law enforcement. SOUZA was not under arrest at that time. During that interview, SOUZA admitted to being the user of the Souza Telegram account and admitted to sending and receiving child pornography to and from multiple individuals. SOUZA also agreed to unlock his phone to enable law enforcement to review its contents. During that review, I observed multiple videos of child pornography on SOUZA's phone.

2

## Venue

6.      For the following reasons, I further believe that ANTHONY MICHAEL SOUZA, the defendant, possessed, sent, and/or received child pornography while in the Southern District of New York:

a.      As mentioned above, the user of the Souza Telegram Account (i.e., SOUZA) sent child pornography to FBI Covert Employee-1 on April 23 and 25, 2024, via Telegram.

b.      I have reviewed records provided by a telecommunications company pursuant to a subpoena. Those records indicate that a person named Anthony Souza is the internet subscriber for the Souza Apartment, which is located in Manhattan. Those records further revealed three IP addresses assigned to the Souza Apartment during the above time-period. Of those three IP addresses, two showed transaction data occurring on April 25, 2024, suggesting that SOUZA was in Manhattan on that day.

c.      On or about Friday, April 26, 2024, FBI Covert Employee-1 (who was operating Telegram Account-1) asked the user of the Souza Telegram Account (i.e., SOUZA) whether he "[had] been in Harlem all week," referring to the week that included April 23 and 25, 2024. SOUZA responded "Yeah."

d.      Finally, as mentioned in paragraph 5 above, a review of SOUZA's phone on May 1, 2024, which took place in Manhattan, revealed multiple videos of child pornography.

7.      Accordingly, there is probable cause that ANTHONY MICHAEL SOUZA (i) received multiple videos containing child pornography from Target Telegram User-1 on or about April 1, 2024 and (ii) sent multiple videos containing child pornography to FBI Covert Employee-1 on or about April 23 and 25, 2024, including in the Southern District of New York.

WHEREFORE, I respectfully request that ANTHONY MICHAEL SOUZA, the defendant, be imprisoned or bailed, as the case may be.

Jeremy Gale
Special Agent
Federal Bureau of Investigation

Sworn to before me this 1st day of May, 2024.

THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

3