UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| v. | 25 Cr. 437 |
| ANTHONY MICHAEL SOUZA, | |
| Defendant. | |

## COUNT ONE
### (Receipt and Distribution of Child Pornography)

The United States Attorney charges:

1.      From at least in or around December 2022 through at least in or around April 2024, in the Southern District of New York and elsewhere, ANTHONY MICHAEL SOUZA, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, SOUZA received on, and distributed from, a computer in New York, New York via the Telegram messaging application files containing sexually explicit images of minors.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## FORFEITURE ALLEGATION

2.      As a result of committing the offense alleged in Count One of this Information, ANTHONY MICHAEL SOUZA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency

representing the amount of proceeds traceable to the commission of said offense and the following specific property: an iPhone 14 with serial number GFT97HCJ62.

### Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney

2