UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTHONY MICHAEL SOUZA,<br><br>Defendant. | 25 Cr. 437 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing previously scheduled in this matter for January 14, 2026, is hereby ADJOURNED to **March 10, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   November 4, 2025
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge