

**Gene Ingoglia**
Office: 212-206-2501
gene.ingoglia@esseksingoglia.com
350 Fifth Avenue, Ste. 5200
New York, NY 10118

February 4, 2026

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



   Re: *United States v. Anthony Michael Souza*, 25 Cr. 437 (KPF)

Dear Judge Failla:

   We represent Anthony Souza in the above-referenced matter, and we write to respectfully request a brief adjournment of the sentencing date, currently set for March 10, 2026, to the week of March 23 or March 30, 2026.

   We have been preparing Mr. Souza's sentencing submission and seek this brief adjournment as we continue to address recently disclosed materials.  This is the defense's first request for an adjournment.  The sentencing date was adjourned once before, from January 14, 2026 to March 10, 2026, following the Court's granting of Probation's request for a psychosexual evaluation for Mr. Souza.

   We have consulted with the Government, and it consents to this request.  The Government has indicated that it is available on March 23, 24, 25, 27, 30, and 31.

   Thank you for your consideration.


Respectfully submitted,

*/s/ Gene Ingoglia*
Gene Ingoglia
Alexandra Harrington

Application GRANTED.  The sentencing currently scheduled for March 10, 2026, is hereby ADJOURNED to **April 2, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 52.

Dated:    February 5, 2026
          New York, New York

                              SO ORDERED.

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE