UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ANTHONY MICHAEL SOUZA,

Defendant.

25 Cr. 437 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

After communications with the parties, the sentencing previously scheduled in this matter for April 2, 2026, is hereby ADJOURNED to **April 6, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   February 6, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge